

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**12/11/2015**                                          **COA No. 12-14-00186-CR**
**WILLIAMS, TOMMIE LEE JR.**   **Tr. Ct. No. F12-24893-S**       **PD-0960-15**

The appellant's pro se motion for extension of time to file the redrawn petition for discretionary review has been granted. The said time to file the redrawn petition has been extended to Wednesday, January 27, 2016. NO FURTHER EXTENSIONS WILL BE ENTERTAINED.

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
PAM ESTES
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *